**Lewis Farnch HARVEY, Movant-Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**No. WD 37199.**

Missouri Court of Appeals,
Western District.

Feb. 11, 1986.

Motion for Rehearing and/or Transfer
to Supreme Court Overruled and
Denied March 27, 1986.

Application to Transfer Denied
May 13, 1986.

Thomas J. Marshall, Public Defender, Moberly, for movant-appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).